```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 02570
   CURTIS S MASON JR
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9440


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/05/2008 and was not confirmed.

     The case was dismissed without confirmation 06/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
EMC MORTGAGE               SECURED NOT I     6810.16         .00           .00
LVNV FUNDING LLC           UNSEC W/INTER     7348.00         .00           .00
ATT MOBILITY LLC           UNSEC W/INTER      963.28         .00           .00
AT&T                       UNSEC W/INTER NOT FILED           .00           .00
AT & T WIRELESS            UNSEC W/INTER NOT FILED           .00           .00
AT&T                       UNSEC W/INTER NOT FILED           .00           .00
AT&T                       UNSEC W/INTER NOT FILED           .00           .00
ROUNDUP FUNDING LLC        UNSEC W/INTER     4782.39         .00           .00
ROUNDUP FUNDING LLC        UNSEC W/INTER     4258.85         .00           .00
APPLIED BANK               UNSEC W/INTER NOT FILED           .00           .00
CITI CARDS                 UNSEC W/INTER NOT FILED           .00           .00
CITI                       UNSEC W/INTER NOT FILED           .00           .00
CITIBANK                   UNSEC W/INTER NOT FILED           .00           .00
CITI CARDS                 UNSEC W/INTER NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSEC W/INTER      180.00         .00           .00
CHICAGO DEPT OF REVENUE    UNSEC W/INTER NOT FILED           .00           .00
CITY OF CHICAGO            UNSEC W/INTER NOT FILED           .00           .00
PROVIDIAN BANK             UNSEC W/INTER NOT FILED           .00           .00
PROVIDIAN NATIONAL BANK    UNSEC W/INTER NOT FILED           .00           .00
PROVIDIAN BANK             UNSEC W/INTER NOT FILED           .00           .00
PROVIDIAN                  UNSEC W/INTER NOT FILED           .00           .00
SBC                        UNSEC W/INTER NOT FILED           .00           .00
SBC                        UNSEC W/INTER NOT FILED           .00           .00
SBC                        UNSEC W/INTER NOT FILED           .00           .00
TERESA KNIGHT              NOTICE ONLY   NOT FILED           .00           .00
AMERICAN GENERAL FINANCE   SECURED VEHIC    1759.27          .00         161.16
AMERICAN GENERAL FINANCE   NOTICE ONLY   NOT FILED           .00           .00
LAURA HRISKO ESQ           NOTICE ONLY   NOT FILED           .00           .00
CITIBANK                   SECURED           500.00          .00           .00
CITIBANK                   UNSEC W/INTER NOT FILED           .00           .00
CITIFINANCIAL              NOTICE ONLY   NOT FILED           .00           .00
LTD FINANCIAL              NOTICE ONLY   NOT FILED           .00           .00
PENTAGROUP FINANCIAL LLC   NOTICE ONLY   NOT FILED           .00           .00
HOMEQ SERVICING CORP       CURRENT MORTG        .00          .00           .00
HOMEQ SERVICING CORP       MORTGAGE ARRE   14684.00          .00           .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 02570 CURTIS S MASON JR
```

```
HOMEEQ SEVICING CORP        NOTICE ONLY    NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC    UNSEC W/INTER  16727.79                .00              .00
PORTFOLIO RECOVERY ASSOC    UNSEC W/INTER   2168.86                .00              .00
TIMOTHY K LIOU              DEBTOR ATTY         .00                                 .00
TOM VAUGHN                  TRUSTEE                                               14.01
DEBTOR REFUND               REFUND                                             2,160.83

       Summary of Receipts and Disbursements:
     -------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
     -------------------------------------------------------------------------
TRUSTEE                 2,336.00

PRIORITY                                              .00
SECURED                                            161.16
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                14.01
DEBTOR REFUND                                    2,160.83
                       ---------------       ---------------
TOTALS                  2,336.00                 2,336.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 09/24/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```